BENJAMIN B. WAGNER
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY MOULTON,<br><br>                          Plaintiff,<br><br>          v.<br><br>UNITED STATES OF AMERICA,<br><br>                          Defendant. | CASE NO. 2:12-CV-02596 TLN-CMK<br><br>**JOINT STIPULATION AND ORDER FOR INDEPENDENT MEDICAL EXAMINATION**<br><br>[Fed. R. Civ. P. 35] |

Plaintiff Mary Moulton and Defendant United States respectfully submit this stipulation and proposed order for an independent medical examination under Federal Rule of Civil Procedure 35.

The parties hereby stipulate that Plaintiff will submit to a neurological independent medical examination on September 12, 2013 at 10:00 a.m. at 1635 Divisadero Street, Suite 520-530, San Francisco, California, by Dr. Jill Ostrem, M.D. Plaintiff may not be accompanied at the examination by any individual. The examination will not be audiotaped, videotaped, or recorded.

Dated: August 23, 2013                                   BENJAMIN B. WAGNER
                                                                          United States Attorney

                                                                           */s/ Chi Soo Kim*
                                                                          CHI SOO KIM
                                                                          Assistant United States Attorney

Dated: August 23, 2013                                   LAW OFFICE OF ROBERT L. DAVIS

                                                                          */s/ Robert L. Davis*
                                                                          ROBERT L. DAVIS
                                                                          Attorney for Plaintiff

## ORDER

**IT IS SO ORDERED.**

**Dated:  September 9, 2013**

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE