1 BENJAMIN B. WAGNER
United States Attorney
2 CHI SOO KIM
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARY MOULTON, | CASE NO. 2:12-CV-02596 TLN-CMK |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND ORDER FOR INDEPENDENT MEDICAL EXAMINATION [NEUROLOGICAL- PSYCHOLOGICAL]** |
| v. | |
| UNITED STATES OF AMERICA, | [Fed. R. Civ. P. 35] |
| Defendant. | |

Plaintiff Mary Moulton and Defendant United States respectfully submit this stipulation and proposed order for an independent medical examination (neurological-psychological) under Federal Rule of Civil Procedure 35.

The parties hereby stipulate that Plaintiff will submit to a neurological-psychological independent medical examination on January 27, 2014 at 10:00 a.m. and January 28, 2014 at 10:00 a.m. at the Federal Courthouse, 501 I Street, Attorney Lounge, 1st Floor, Sacramento, California, by Dr. Robert Asarnow, Ph.D. Plaintiff may not be accompanied at the examination by any individual. The examination will not be audiotaped, videotaped, or recorded.

Dated: December 4, 2013

BENJAMIN B. WAGNER
United States Attorney

 */s/ Chi Soo Kim*
CHI SOO KIM
Assistant United States Attorney

Dated: January 3, 2014

LAW OFFICE OF ROBERT L. DAVIS

 */s/ Robert L. Davis*
ROBERT L. DAVIS
Attorney for Plaintiff

JOINT STIPULATION AND [PROPOSED] ORDER FOR NEURO-PSYCH IME- *Moulton v. United States*, 2:12-cv-02596 TLN-CMK

1

**ORDER**

**IT IS SO ORDERED.**

**Dated:  January 8, 2014**

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE