BENJAMIN B. WAGNER
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY MOULTON,<br><br>         Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>         Defendant. | CASE NO. 2:12-CV-02596 TLN-CMK<br><br>**STIPULATION AND ORDER TO MODIFY DISCOVERY DEADLINES IN PRETRIAL SCHEDULING ORDER** |

Plaintiff Mary Moulton and Defendant United States, by and through their respective counsel, stipulate and respectfully request the below modification to discovery deadlines in the Court's Pretrial Scheduling Order (Dkt 14) for good cause. The parties do not request modification of any other dates.

1. The parties respectfully request extending discovery deadlines due to the delay in scheduling and conducting Plaintiff's psychological independent medical examination, which was taken on January 27-28, 2014. [Dkt 16] The parties have been working together to schedule deposition dates, but have not been able to finalize those dates yet. In addition, Plaintiff's counsel is scheduled to begin a 2-3 week long trial on March 3, 2014.

2. The parties respectfully request extending deadlines for non-expert discovery from February 21, 2014 to April 18, 2014; for initial expert disclosures from April 22, 2014 to May 2, 2014; and for supplemental expert disclosures from May 12, 2014 to May 16, 2014. The Court previously ordered that supplemental expert disclosures be made within twenty (20) days of initial expert disclosures and the parties request shortening this time period to fourteen (14) days to avoid modifying

STIPULATION AND ORDER TO MODIFY DISCOVERY DEADLINES IN PRETRIAL SCHEDULING ORDER- *Moulton v. United States*, 2:12-cv-02596 TLN-CMK

1

the July 17, 2014 date set for the dispositive motion hearing.

3. The parties do not request modification of any other dates, including the December 8, 2014 trial date.

|  | Current | Proposed |
|---|---|---|
| Non-expert discovery cutoff: | February 21, 2014 | April 18, 2014 |
| Initial expert disclosures: | April 22, 2014 | May 2, 2014 |
| Supplemental expert disclosures: | May 12, 2014 | May 16, 2014 |
| Last day for motion hearing: | July 17, 2014 | July 17, 2014 [same] |
| Joint Pretrial Statement: | September 11, 2014 | September 11, 2014 [same] |
| Final Pretrial Conference: | October 9, 2014 | October 9, 2014 [same] |
| Trial: | December 8, 2014 | December 8, 2014 [same] |

Dated: February 18, 2014

BENJAMIN B. WAGNER
United States Attorney

 /s/ Chi Soo Kim
CHI SOO KIM
Assistant United States Attorney

Dated: February 18, 2014

LAW OFFICE OF ROBERT L. DAVIS

 /s/ Robert L. Davis
ROBERT L. DAVIS
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated: February 19, 2014

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER TO MODIFY DISCOVERY DEADLINES IN PRETRIAL
SCHEDULING ORDER- *Moulton v. United States*, 2:12-cv-02596 TLN-CMK

2